UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division

In re:  Case No. 03-20952-BKC-RBR

CONSTANTIN BARTSOCAS

and

VASILICI BARTSOCASE,

    Debtors.

_____/

## NOTICE OF CHANGE OF FIRM NAME AND ADDRESS

Debtors, Constantin and Vasilici Bartsocas, file this Notice of Change of Firm Name and Address effective immediately as follows:

D. Bruce Kratz
Jeck, Harris, Raynor & Jones, P.A.
790 Juno Ocean Walk, Suite 600
Juno Beach, FL 33408-1121

JECK, HARRIS, RAYNOR & JONES, P.A.
Attorney for Debtors

/s/ D. Bruce Kratz
D. Bruce Kratz
790 Juno Ocean Walk, Suite 600
Juno Beach, FL 33408-1121
(561) 746-1002 (phone)
(561) 747-4113 (fax)
FL Bar No. 716898

Served:

Thomas L. Abrams, Esq.